IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
JONESBORO DIVISION

RHONDA DAWSON                                                              PLAINTIFF

v.                              3:09CV00044-JTK

MICHAEL J. ASTRUE,
Commissioner, Social
Security Administration                                                    DEFENDANT

## JUDGMENT

Pursuant to the Memorandum and Order entered in this case on this date, IT IS CONSIDERED, ORDERED and ADJUDGED that the final determination of the Commissioner is affirmed and Plaintiff's case is dismissed with prejudice.

SO ADJUDGED this 8th day of July, 2010.

_____
UNITED STATES MAGISTRATE JUDGE